UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson ,<br><br>            Plaintiff,<br><br>v.<br><br>Anil C. Patel, Nayna Patel,<br><br>            Defendants. | Case No. 2:14-cv-00279 TLN CKD<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants, Anil C. Patel, Nayna Patel:

AWARDING the plaintiff statutory damages in the amount of $4,000.00 and attorney's fees and costs in the amount of $2,712.50, for the total sum of $6,712.50; REQUIRING the defendants to provide readily achievable property alterations to the property known as "Sun N Sand Lodge", a motel located at 8308 N. Lake Blvd, Kings Beach, California.

Date: August 06, 2014                    MARIANNE MATHERLY, CLERK

                                         By: /s/  G. Michel
                                         Deputy Clerk