UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANIL PATEL, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0279 TLN CKD<br><br><br>ORDER |

　　　　Plaintiff has filed two motions to enforce judgment. The applications are deficient. The motions were improperly noticed for a date which is not on the court's law and motion calendar. In addition, the check box forms used by plaintiff in support of the application inconsistently state that plaintiff seeks enforcement of a judgment and attachment of a third person. The forms also incorrectly state that this court is not the court in which the money judgment was entered. The forms also indicate that the judgment debtor has been examined within the past 120 days but do not attach an affidavit showing good cause for another examination. Finally, no proposed order was submitted to the court as required under the Local Rules.

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to enforce judgment
2  (ECF Nos. 16, 17) are denied without prejudice.
3  Dated: November 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7  4 johnson-patel.jde